IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| WILLIAM EARL LONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CV 323-062 |
| | ) |
| STATE OF GEORGIA and | ) |
| CCA WHEELER CO, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Plaintiff, incarcerated at Wheeler Correctional Facility in Alamo, Georgia, filed a complaint pursuant to 42 U.S.C. § 1983. (Doc. no. 1.) He was granted permission on August 3, 2023, to proceed *in forma pauperis*, subject to returning a Consent to Collection of Fees form and a Prisoner Trust Fund Account Statement. (Doc. no. 3.) The Clerk of Court accepted for filing a letter from Plaintiff, docketed as a "Notice," in which Plaintiff explains he provided both forms to prison staff, but the staff lost them. (Doc. no. 4.) Plaintiff requests a new set of forms be sent to him.

Upon consideration, the Court **GRANTS** Plaintiff's request and **DIRECTS** the Clerk of Court to send Plaintiff the Consent to Collection of Fees and Prisoner Trust Fund Account Statement forms originally included with the Court's August 3rd Order. The Court further **GRANTS** an extension of time through and including September 22, 2023, for Plaintiff to return both forms.

If Plaintiff fails to respond timely to this Order, the Court will presume that Plaintiff desires to have this case voluntarily dismissed and will dismiss this action, without prejudice. Finally, if Plaintiff wants the Court to take any action in this case in the future, he must file a properly captioned motion and may not simply write letters to the Court. See In re Unsolicited Letters to Federal Judges, 120 F. Supp. 2d 1073, 1074 (S.D. Ga. 2000).

SO ORDERED this 29th day of August, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA